**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

RICKY D. ARNOLD,

      Plaintiff,

    v.

ARTIS SINGLETON, Warden

      Defendant.

CIVIL ACTION NO.: 4:20-cv-113

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's May 26, 2020, Report and Recommendation, (doc. 4), to which no objections have been filed. This is petitioner's second attempt to seek habeas relief under 28 U.S.C. § 2254. As explained by the Magistrate Judge, this Court lacks jurisdiction to consider a successive § 2254 petition until petitioner seeks and receives authorization from the Eleventh Circuit Court of Appeals. (*See*, doc. 3 at 2–3; citing Insignares v. Sec'y, Fla. Dep't of Corr., 755 F.3d 1273, 1278 (11th Cir. 2014)). As explained by the Magistrate Judge, as the petition is unquestionably untimely, any effort to reconstrue it as a motion for § 2244(b)(3)(A) would be fruitless. (Doc. 3 at 3). As petitioner has not been granted authorization by the Eleventh Circuit to pursue this petition, the Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 3). The petition is **DISMISSED WITH PREJUDICE** and the Clerk of Court is **DIRECTED** to **CLOSE** this case.

    **SO ORDERED**, this 21st day of December, 2020.

                    R. STAN BAKER
                    UNITED STATES DISTRICT JUDGE
                    SOUTHERN DISTRICT OF GEORGIA